■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMINE AGNELLO, Appellant. — Judgment of the Supreme Court, Queens County (Lonschein, J.), rendered August 18, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings

pursuant to CPL 460.50 (subd 5). Mangano, J. P., Gulotta, O'Connor and Bracken, JJ., concur.